UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN MARTINEZ, on behalf of
himself and others similarly situated,

                Plaintiff,

-against-

MASTIHA CORP., doing business as
STAGE DOOR DELI, located at
360 9th Avenue, New York, New York,
and GEORGE CHRITIS,

                Defendants.

Case No.: 17 Civ. 310 (JPO)

**STIPULATION OF DISMISSAL**

---

        The matter in the above-captioned action having been amicably resolved by and between the parties, and the court having approved the settlement as a fair and reasonable, it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party. The court shall retain jurisdiction to enforce the parties' settlement agreement.

Dated: April 5, 2017

**CILENTI & COOPER, PLLC**
Attorneys for Plaintiffs

_____
Peter H. Cooper, Esq.

**DUANE MORRIS LLP**
Attorneys for Defendants

_____
Michael Tiliakos, Esq.

So Ordered:

The Court has reviewed the terms of the settlement and finds them fair and reasonable. The Clerk of Court is directed to close the case.

_____
J. PAUL OETKEN
United States District Judge

May 9th, 2017